IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kline, Tiffany M | Case Number: 06 B 13400 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 10/19/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 26, 2008
Confirmed: January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,880.00 | |
| Secured: | | 2,033.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 697.69 |
| Trustee Fee: | | 149.03 |
| Other Funds: | | 0.00 |
| Totals: | 2,880.00 | 2,880.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,839.00 | 697.69 |
| 2. | Drive Financial Services | Secured | 13,617.42 | 2,033.28 |
| 3. | Galway Financial Service | Unsecured | 16.50 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 39.72 | 0.00 |
| 5. | Sallie Mae | Unsecured | 175.00 | 0.00 |
| 6. | Debt Recovery Solutions | Unsecured | 35.44 | 0.00 |
| 7. | Sallie Mae | Unsecured | 278.02 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 14.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 103.70 | 0.00 |
| 10. | T Mobile USA | Unsecured | 17.32 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 128.82 | 0.00 |
| 12. | National Capital Management | Unsecured | 20.32 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 13.66 | 0.00 |
| 14. | Advance America | Unsecured | 38.21 | 0.00 |
| 15. | ER Solutions | Unsecured | 34.01 | 0.00 |
| 16. | Drive Financial Services | Unsecured | 125.61 | 0.00 |
| 17. | Asset Acceptance | Unsecured | | No Claim Filed |
| 18. | Account Recovery Service | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Asset Acceptance | Unsecured | | No Claim Filed |
| 22. | Collection Company Of America | Unsecured | | No Claim Filed |
| 23. | Midland Credit Management | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Debt Recovery Solutions | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kline, Tiffany M | Case Number: 06 B 13400 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 10/19/06 |

| | | | |
|---|---|---|---|
| 26. LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 27. Genesis | Unsecured | | No Claim Filed |
| 28. I C Systems Inc | Unsecured | | No Claim Filed |
| 29. LaSalle Home Mortgage Corporation | Unsecured | | No Claim Filed |
| 30. West Asset Management | Unsecured | | No Claim Filed |
| 31. I C Systems Inc | Unsecured | | No Claim Filed |
| 32. T Mobile USA | Unsecured | | No Claim Filed |
| 33. Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 34. Sallie Mae | Unsecured | | No Claim Filed |
| 35. LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 36. TCF Bank | Unsecured | | No Claim Filed |
| 37. Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 38. United States Dept Of Education | Unsecured | | No Claim Filed |
| 39. Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| 40. Sallie Mae | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 17,496.75 | $ 2,730.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 51.83 |
| 5.4% | 97.20 |
| | _____ |
| | $ 149.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

